**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-2769**

───────────────

In Re: A. H. ROBINS COMPANY, INCORPORATED,

                                                  Debtor.

_____

GLENNA KIDD,

                                  Claimant - Appellant,

        versus

DALKON SHIELD CLAIMANTS TRUST,

                                      Trust - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge; Robert R. Merhige, Jr., Senior District Judge; Blackwell N. Shelley, Bankruptcy Judge.  (CA-85-1307)

───────────────

Submitted:  June 15, 1999          Decided:  June 30, 1999

───────────────

Before WIDENER, HAMILTON, and MICHAEL, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Glenna Kidd, Appellant Pro Se.  Orran Lee Brown, Sr., DALKON SHIELD CLAIMANTS TRUST, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glenna Kidd appeals the district court's order directing her to withdraw a lawsuit that she filed in the United States District Court for the Middle District of Tennessee or to risk being found in contempt of court. On December 16, 1998, the Tennessee court dismissed the lawsuit, which related to Kidd's Dalkon Shield claim, upon a finding that it was brought in bad faith and that venue was proper in the Eastern District of Virginia. The Tennessee case having been dismissed, and no case or controversy existing with respect to the contempt issue, we dismiss the subject appeal for want of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED